

# Fourth Court of Appeals
## San Antonio, Texas

June 19, 2018

No. 04-18-00275-CV

**CITY OF MASON, TEXAS** (Cross-Appellee),
Appellant

v.

William Robin **LEE**, as Trustee of Lee Descendants Trust; William Harold Zesch and Amy Daviss Zesch; and Dennis Evans and Kay Evans (Cross-Appellant),
Appellees

From the 452nd District Court, Mason County, Texas
Trial Court No. 185789
The Honorable Robert Rey Hofmann, Judge Presiding

## O R D E R

The City of Mason, Texas's opening brief was filed on June 12, 2018. Appellees/Cross-Appellant's consolidated response and opening brief is due on July 2, 2018. Before the due date, Appellees /Cross-Appellants filed an unopposed motion for a twenty-day extension of time to file the consolidated brief.

The motion is GRANTED. Appellees/Cross-Appellants' consolidated response and opening brief is due on July 23, 2018.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of June, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court